**Motion Granted and Order filed July 16, 2015.**



In The

# Fourteenth Court of Appeals

———————

## NO. 14-15-00111-CR

———————

**LEIROI MICKELE DANIELS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 230th District Court**
**Harris County, Texas**
**Trial Court Cause No. 1399598**

## ORDER

Appellant is represented by retained counsel, Heather Lytle. Appellant's brief was originally due April 24, 2015. No brief has been filed. On July 3, 2015, counsel filed a motion for extension of time until August 3, 2015, to file appellant's brief. Because we conclude counsel alleged exceptional circumstances, the motion is granted.

Accordingly, we order Heather Lytle to file a brief with the clerk of this court on or before August 3, 2015. No further extensions will be entertained absent exceptional circumstances.

PER CURIAM

Panel consists of Christopher, Brown and Wise